Certificate Number: 03621-FLS-DE-028985511

Bankruptcy Case Number: 17-10635

03621-FLS-DE-028985511

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 27, 2017, at 3:02 o'clock PM EDT, Rosa M Reyes completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: March 27, 2017

By: /s/Kenslande Jeanbart

Name: Kenslande Jeanbart

Title: Credit Counselor